UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*:

| | |
|---|---|
| MODESTO HERNANDEZ, : | CIVIL ACTION NO. |
| *Plaintiff* : | 3:17-CV-01448-JAM |
| : | |
| V. : | |
| : | |
| WETHERSFIELD SHOPPING CENTER, LLC, : | September 15, 2017 |
| *Defendant* : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR EXTENSION OF TIME TO ANSWER
## OR OTHERWISE RESPOND TO THE COMPLAINT

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, defendant Wethersfield Shopping Center, LLC hereby moves for a thirty-day extension of time, through and including October 19, 2017, within which to answer or otherwise respond to the Complaint which was served on defendant on or about August 29, 2017.  Opposing counsel has consented to the granting of this motion.

This is defendant's first motion to extend the time to answer or otherwise respond to the Complaint.

THE DEFENDANT,
Wethersfield Shopping Center, LLP

By:   ct28990
Michael D. Blumberg
Rogin Nassau LLC
185 Asylum Street, 22nd Floor
Hartford, CT 06103-3460
Telephone (860) 256-6300
Facsimile (860) 278-2179
mblumberg@roginlaw.com

## CERTIFICATION

      This is to certify that a copy of the foregoing Notice was served electronically this 15th day of September, 2017 and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail at the addresses shown below to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Louis I. Mussman [ct27484]
18501 Pines Boulevard #209-A
Pembroke Pines, FL 33029
*Attorney for Plaintiff*

      and

Ioannis A. Kaloidis, Esq. [ct25510]
The Kaloidis Law Firm, LLC
21 Holmes Avenue
Waterbury, CT 06710
*Local Counsel for Plaintiff*

                                               _____ct28990_____
                                               Michael D. Blumberg