UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MODESTO HERNANDEZ,<br>an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>WETHERSFIELD SHOPPING CENTER, LLC,<br>a Connecticut Limited Liability Company,<br><br>    Defendant. | :<br>:<br>:   CASE NO. 3:17-cv-01448-DJS<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed, each party shall bear its respective fees and costs.

Dated: May 30, 2018

Respectfully Submitted,

By: /s/ Louis I. Mussman
Louis I. Mussman (ct27484)
Ku & Mussman, P.A.
18501 Pines Boulevard
Suite 209-A
Pembroke Pines, FL  33029
Tel:  (305) 891-1322
Fax:  (305) 891-4512
louis@kumussman.com
***Attorneys for Plaintiff***

Respectfully Submitted,

By: /s/Michael D. Blumberg
Michael D. Blumberg (ct28990)
Lewis K. Wise, Esq.
Rogin Nassau LLC
185 Asylum Street, 22nd Floor
Hartford, CT 06103-3460
Tel: (860) 256-6300
Fax: (860) 278-2179
mblumberg@roginlaw.com
lwise@roginlaw.com
***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of May, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system with a copy electronically delivered through CM/ECF to the following attorneys of record:

Michael D. Blumberg, Esq.
Lewis K. Wise, Esq.
Rogin Nassau LLC
185 Asylum Street, 22nd Floor
Hartford, CT 06103
mblumberg@roginlaw.com
lwise@roginlaw.com

                                        */s/ Louis I. Mussman*
                                        Louis I. Mussman, Esq.